FILE COPY

DATE: 5/22/2015

RE: Case No. 14-1079

COA #: 12-14-00320-CV     TC#: 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

STYLE: ELLIOTT WILLIAMS
       v. TEXAS DEPARTMENT OF CRIMINAL JUSTICE

Today the Supreme Court of Texas denied the petition for review in the above-referenced case.

MS. CATHY S. LUSK
CLERK, TWELFTH COURT OF APPEALS
1517 WEST FRONT, SUITE 354
TYLER, TX  75702

FILED IN COURT OF APPEALS
12th Court of Appeals District

MAY 26 2015

TYLER TEXAS
CATHY S. LUSK, CLERK